UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.    **CV 21-4505 MWF (PLAx)**                                    Date:  November 16, 2021

Title    **Clifton Walker v. Farideh Ayyad, et al.**

Present: The Honorable:    MICHAEL W. FITZGERALD, United States District Judge

| Rita Sanchez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:  (IN CHAMBERS) ORDER TO SHOW CAUSE**

This matter was transferred to this Court on November 16, 2021.  A review of the docket reflects that the Complaint was filed on June 1, 2021.  (Docket No. 1).  Magistrate Judge Wilner issued two Orders to Show Cause (Docket Nos. 7 and 10).  Plaintiff filed a Proof of Service (Docket No. 11), reflecting substituted service on Defendant on September 29, 2021; Defendant's response to the Complaint was due November 1, 2021.

The Court has filed a Notice to Parties Re ADA Disability Access Litigation/Application for Stay and Early Mediation ("ADA Packet").  (Docket No. 17).  The Court amends that ADA Packet and **ORDERS** Plaintiff to serve the ADA Packet on Defendant no later than **November 24, 2021**.

The Court now **ORDERS** Plaintiff to show cause why this action should not be dismissed for lack of prosecution.  In response to this Order to Show Cause, the Court will accept the following no later than **NOVEMBER 30, 2021**.

■ BY PLAINTIFF:  Proof of Service of the ADA Packet.

    AND

///

///

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   **CV 21-4505 MWF (PLAx)**                                     Date:  November 16, 2021

Title        **Clifton Walker v. Farideh Ayyad, et al.**

- BY DEFENDANT:  RESPONSE TO THE COMPLAINT ("Response") or APPLICATION FOR STAY AND EARLY MEDIATION ("ADA Application").

      OR

- BY PLAINTIFF:  AN APPLICATION FOR CLERK TO ENTER DEFAULT.

The Court will not issue another Order to Show Cause.  Failure to timely, properly respond to this Order to Show Cause will result in the dismissal of this action.

No oral argument on this matter will be heard unless otherwise ordered by the Court.  *See* Fed. R. Civ. P. 78; Local Rule 7-15.  The Order will stand submitted upon the filing of the response to the Order to Show Cause.

    IT IS SO ORDERED.

                                                    Initials of Preparer:  RS/sjm