UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.      **CV 21-4505-MWF(PLAx)**                                    Dated: December 20, 2021

Title:        Clifton Walker -*v*- Farideh Ayyad

PRESENT: HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

| Rita Sanchez | None Present |
| Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:      ATTORNEYS PRESENT FOR DEFENDANTS:

None Present                                                    None Present

PROCEEDINGS (IN CHAMBERS) COURT ORDER

  In light of the Notice of Settlement [27] filed December 16, 2021, the Court sets a hearing on Order To Show Cause Re Dismissal for Janaury 31, 2022 at 11:30 a.m.  If a stipulated dismissal is filed prior to this date, the matter will be taken off calendar and no appearance is needed.  **All other hearings and deadlines are hereby vacated.**

  IT IS SO ORDERED.

MINUTES FORM 90                                                Initials of Deputy Clerk   rs
CIVIL - GEN

-1-